**EXHIBIT C**
**(Pipette Invoice)**

# Amyris
Transition Services Agreement Statement
Invoice Summary

**Bill To:**
Pipette LLC
15 Riverside Avenue
Westport, CT 06880
Attn: William Sweedler

**Invoice Number:** PIP-2
**Invoice Date:** 3/7/2024
**Invoice Due Date:** 3/17/2024
**Invoice Period:** 1/20 - 1/31

| Service Description<br>TRANSITION SERVICES AGREEMENT (TSA) | TSA ID | Non-FTE Cost | FTE Cost | Total Invoice Amount |
|---|---|---|---|---|
| **Initial Scheduled Services in TSA** | | | | |
| **Information Technology** | | | | $ 15,993.43 |
| IT Management and Helpdesk Support | IT.1 | $ - | $ 8,357.27 | $ 8,357.27 |
| Enterprise Application | IT.2 | $ 135.01 | $ - | $ 135.01 |
| Infrastructure | IT.3 | $ 3,550.01 | $ - | $ 3,550.01 |
| Security | IT.4 | $ 330.42 | $ - | $ 330.42 |
| End User Devices | IT.5 | $ - | $ - | $ - |
| Tools Brands | IT.6 | $ 3,620.71 | $ - | $ 3,620.71 |

**TOTAL SCHEDULED SERVICES FEES** [1]     $ 15,993.43
**TOTAL GXO CHARGES OUTSTANDING**     $ 14,483.34
**TOTAL CASH REMITTANCE**     $ -
**TOTAL BALANCE DUE**     $ 30,476.77

Terms: Net 10

1 - Total scheduled services were calculated using all third party invoices as of the TSA invoice date. Amyris reserves the right to bill Pipette LLC for future third party invoices as they pertain to the services performed during the TSA period.

| REMITTANCE WIRE TRANSFER INSTRUCTIONS | | | | | |
|---|---|---|---|---|---|
| Account Name: | Amyris Inc | | | | |
| Bank Name: | JPMorganChase | | | | |
| Account #: | 720072591 | | | | |
| Routing / ABA #: | 021000021 | | | | |
| Beneficiary: | CHASUS33 | | | | |
| Statement Reference: | TSA Invoice Summary | | | | |
| Invoice Reference: | PIP-2 | | | | |