**EXHIBIT E**

| $ in Actuals | JVN Billed | JVN Paid | JVN Remaining | Pipette Billed | Pipette Paid | Pipette Remaining | Windsong Total Billed | Windsong Total Paid | Windsong Total Remaining |
|---|---|---|---|---|---|---|---|---|---|
| *Services (Sent 1.23)* | 12,811.43 | 12,811.43 | - | 12,220.30 | 12,220.30 | - | 25,031.73 | 25,031.73 | - |
| *Prepaid Employee Cost (Handled outside of TSA)* | 89,185.67 | 89,185.67 | - | 43,997.02 | 43,997.02 | - | 133,182.69 | 133,182.69 | - |
| **TSA Invoice #1** | **101,997.10** | **101,997.10** | **-** | **56,217.32** | **56,217.32** | **-** | **158,214.42** | **158,214.42** | **-** |
| *Services (Sent 3.7)* | 15,989.08 | - | 15,989.08 | 15,993.43 | - | 15,993.43 | 31,982.51 | - | 31,982.51 |
| *GXO Moveout Costs (Sent unpaid balance on 3.7) \*\** | 105,946.11 | 25,000.00 | 80,946.11 | 39,483.34 | 25,000.00 | 14,483.34 | 145,429.45 | 50,000.00 | 95,429.45 |
| **TSA Invoice #2** | **121,935.19** | **25,000.00** | **96,935.19** | **55,476.77** | **25,000.00** | **30,476.77** | **177,411.96** | **50,000.00** | **127,411.96** |
| **Total Costs \*** | **223,932.30** | **126,997.10** | **96,935.19** | **111,694.08** | **81,217.32** | **30,476.77** | **335,626.38** | **208,214.42** | **127,411.96** |

\* TSA Invoice #2 (sent on 3/7/2024) reflects all remaining charges to Windsong
\*\* First GXO moveout bill sent on 1.23. Unpaid balance with updated pricing sent on 3.7