# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>AMYRIS, INC., *et al*.,[1]<br><br>              Reorganized Debtors. | Chapter 11<br><br>Case No. 23-11131 (TMH)<br>(Jointly Administered) |
| AMYRIS, INC.,<br><br>              Plaintiff,<br><br>              v.<br><br>WINDSONG GLOBAL LLC,<br><br>              Defendant. | Adv. Proc. No. 24-50033 (TMH) |

## PLAINTIFF'S REQUEST FOR ENTRY OF DEFAULT

Amyris, Inc. ("Amyris"), one of the above-captioned reorganized debtors (the "Reorganized Debtors"), in the above-captioned chapter cases and the plaintiff in the above-captioned adversary proceeding (the "Adversary Proceeding") by and through its undersigned counsel, hereby requests that a default be entered against defendant Windsong Global LLC (the "Defendant") in the Adversary Proceeding based on the details of the *Declaration of Counsel in Support of (I) Plaintiff's Request for Entry of Default and (II) Plaintiff's Request for Entry of Default Judgment* (the "Declaration") filed concurrently herewith, and the *Complaint for (I) Breach of Contract and (II) Turnover of Property of the Debtors' Estate*, attached to the Declaration as Exhibit 1. A form of *Entry of Default* is attached hereto as **Exhibit A**.

---

[1] A complete list of each of the Reorganized Debtors in these Chapter 11 Cases may be obtained on the website of the Reorganized Debtors' claims and noticing agent at https://cases.stretto.com/Amyris. The location of Reorganized Debtor Amyris Inc.'s principal place of business and the Reorganized Debtors' service address in these Chapter 11 Cases is 5885 Hollis Street, Suite 100, Emeryville, CA 94608.

| | |
|---|---|
| Dated:  May 16, 2024 | **PACHULSKI STANG ZIEHL & JONES LLP**<br><br>*/s/ Steven W. Golden*<br>Richard M. Pachulski (*admitted pro hac vice*)<br>Debra I. Grassgreen (*admitted pro hac vice*)<br>James E. O'Neill (DE Bar No. 4042)<br>Jason H. Rosell (*admitted pro hac vice*)<br>Steven W. Golden (DE Bar No. 6807)<br>919 N. Market Street, 17th Floor<br>P.O. Box 8705<br>Wilmington, DE  19899-8705 (Courier 19801)<br>Telephone: (302) 652-4100<br>Facsimile: (302) 652-4400<br>Email:  rpachulski@pszjlaw.com<br>            dgrassgreen@pszjlaw.com<br>            joneill@pszjlaw.com<br>            jrosell@pszjlaw.com<br>            sgolden@pszjlaw.com<br><br>*Counsel to the Plaintiff* |