# Exhibit A

4890-4760-5950.1 03703.00005

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> AMYRIS, INC., *et al.*,[1] <br><br>                Reorganized Debtors. | Chapter 11 <br><br> Case No. 23-11131 (TMH) <br> (Jointly Administered) |
| AMYRIS, INC., <br><br>                Plaintiff, <br><br> v. <br><br> WINDSONG GLOBAL LLC, <br><br>                Defendant. | Adv. Proc. No. 24-50033 (TMH) |

## ENTRY OF DEFAULT

It appears from the record that the defendant Windsong Global LLC (the "Defendant") has failed to plead or otherwise defend in this case as required by law.

Therefore, default is entered against the Defendant as authorized by Federal Rule of Bankruptcy Procedure 7055.

Date: _____, 2024

*/s/ Una O'Boyle*_____
Clerk of the Bankruptcy Court


By: _____
Deputy Clerk

---

[1] A complete list of each of the Reorganized Debtors in these Chapter 11 Cases may be obtained on the website of the Reorganized Debtors' claims and noticing agent at https://cases.stretto.com/Amyris. The location of Reorganized Debtor Amyris Inc.'s principal place of business and the Reorganized Debtors' service address in these Chapter 11 Cases is 5885 Hollis Street, Suite 100, Emeryville, CA 94608.

4890-4760-5950.1 03703.00005