IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> AMYRIS, INC., *et al.*,[1] <br><br>         Reorganized Debtors. | Chapter 11 <br><br> Case No. 23-11131 (TMH) <br> (Jointly Administered) |
| AMYRIS, INC., <br><br>         Plaintiff, <br><br> v. <br><br> WINDSONG GLOBAL LLC, <br><br>         Defendant. | Adv. Proc. No. 24-50033 (TMH) |

**PLAINTIFF'S REQUEST FOR ENTRY OF DEFAULT JUDGMENT**

Plaintiff Amyris, Inc. (the "Plaintiff"), one of the above-captioned reorganized debtors (the "Reorganized Debtors"), has requested entry of default against the defendant Windsong Global LLC (the "Defendant"), in the above-captioned adversary proceeding.

Plaintiff requests that a default judgment in the amount of $127,411.96 plus $350.00 in Court costs be entered based on (a) the *Entry of Default* against Defendant, (b) the details of the *Declaration of Counsel in Support of (I) Plaintiff's Request for Entry of Default and (II) Plaintiff's Request for Entry of Default Judgment*, and (c) the *Complaint for (I) Breach of Contract and (II) Turnover of Property of the Debtors' Estate*, with the accompanying Summons and Certificate of Service, attached to the Declaration as Exhibit 1. A form of *Entry of Default Judgment* is attached hereto as **Exhibit A**.

---

[1] A complete list of each of the Reorganized Debtors in these Chapter 11 Cases may be obtained on the website of the Reorganized Debtors' claims and noticing agent at https://cases.stretto.com/Amyris. The location of Reorganized Debtor Amyris Inc.'s principal place of business and the Reorganized Debtors' service address in these Chapter 11 Cases is 5885 Hollis Street, Suite 100, Emeryville, CA 94608.

DE:4872-7983-0414.2 03703.00005

| | |
|---|---|
| Dated:  May 16, 2024 | **PACHULSKI STANG ZIEHL & JONES LLP**<br><br>*/s/ Steven W. Golden*<br>Richard M. Pachulski (*admitted pro hac vice*)<br>Debra I. Grassgreen (*admitted pro hac vice*)<br>James E. O'Neill (DE Bar No. 4042)<br>Jason H. Rosell (*admitted pro hac vice*)<br>Steven W. Golden (DE Bar No. 6807)<br>919 N. Market Street, 17th Floor<br>P.O. Box 8705<br>Wilmington, DE  19899-8705 (Courier 19801)<br>Telephone: (302) 652-4100<br>Facsimile: (302) 652-4400<br>Email:  rpachulski@pszjlaw.com<br>     dgrassgreen@pszjlaw.com<br>     joneill@pszjlaw.com<br>     jrosell@pszjlaw.com<br>     sgolden@pszjlaw.com<br><br>*Counsel to the Plaintiff* |