# **Exhibit A**

DE:4872-7983-0414.2 03703.00005

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>AMYRIS, INC., *et al.*,[1]<br><br>                    Reorganized Debtors. | Chapter 11<br><br>Case No. 23-11131 (TMH)<br>(Jointly Administered) |
| AMYRIS, INC.,<br><br>                    Plaintiff,<br><br>          v.<br><br>WINDSONG GLOBAL LLC,<br><br>                  Defendant. | Adv. Proc. No. 24-50033 (TMH) |

## JUDGMENT BY DEFAULT

Default has been entered against defendant Windsong Global LLC. Plaintiff has requested entry of judgment and has filed a declaration of the amount due, which declaration states that this defendant is not in military service. Furthermore, it appears from the record that this defendant is not an infant or incompetent person. Therefore, pursuant to Fed. R. Civ. P. 55(b)(1), as incorporated by Fed. R. Bankr. P. 7055, judgment is entered against this defendant in favor of the plaintiff in the amount of $127,411.96 plus $350.00 in Court costs.

Dated: _____, 2024

                                                */s/ Una O'Boyle*
                                                Clerk of the Bankruptcy Court

                                                By: _____
                                                     Deputy Clerk

---

[1] A complete list of each of the Reorganized Debtors in these Chapter 11 Cases may be obtained on the website of the Reorganized Debtors' claims and noticing agent at https://cases.stretto.com/Amyris. The location of Reorganized Debtor Amyris Inc.'s principal place of business and the Reorganized Debtors' service address in these Chapter 11 Cases is 5885 Hollis Street, Suite 100, Emeryville, CA 94608.