# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0311−1 | User: admin | Date Created: 5/16/2024 |
| Case: 24−50033−TMH | Form ID: van431 | Total: 5 |

**Recipients of Notice of Electronic Filing:**
aty    James E O'Neill    joneill@pszjlaw.com
aty    Steven W Golden    sgolden@pszjlaw.com

    TOTAL: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
pla    Amyris, Inc.    5885 Hollis Street    Suite100    Emeryville, CA 94608
dft    Windsong Global LLC    15 Riverside Avenue    Westport, CT 06880
aty    Hayley R. Winograd    Pachulski Stang Ziehl & Jones LLP    780 Third Avenue    New York, NY 10017−2024

    TOTAL: 3