# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0311−1 | User: admin | Date Created: 5/16/2024 |
| Case: 24−50033−TMH | Form ID: van433b | Total: 4 |

**Recipients of Notice of Electronic Filing:**

aty   James E O'Neill   joneill@pszjlaw.com
aty   Steven W Golden   sgolden@pszjlaw.com

                                                                                                      TOTAL: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

pla   Amyris, Inc.   5885 Hollis Street   Suite100   Emeryville, CA 94608
aty   Hayley R. Winograd   Pachulski Stang Ziehl & Jones LLP   780 Third Avenue   New York, NY 10017−2024

                                                                                                       TOTAL: 2