# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>AMYRIS, INC., *et al.*,[1]<br><br>               Reorganized Debtors. | Chapter 11<br><br>Case No. 23-11131 (TMH)<br>(Jointly Administered) |
| AMYRIS, INC.,<br><br>               Plaintiff,<br><br>v.<br><br>WINDSONG GLOBAL LLC,<br><br>               Defendant. | Adv. Proc. No. 24-50033 (TMH) |

## NOTICE OF RESCHEDULED PRETRIAL CONFERENCE
## SCHEDULED FOR MAY 30, 2024 AT 11:00 A.M. (EASTERN TIME)

**PLEASE TAKE NOTICE** that the pretrial conference, in the above-captioned case, has been rescheduled to **May 30, 2024 at 11:00 a.m. Eastern Time**, before the Honorable Thomas M. Horan, United States Bankruptcy Judge, at the United States Bankruptcy Court, 824 North Market Street, 5th Floor, Courtroom No. 6, Wilmington, Delaware 19801.

---

[1] A complete list of each of the Reorganized Debtors in these Chapter 11 Cases may be obtained on the website of the Reorganized Debtors' claims and noticing agent at https://cases.stretto.com/Amyris. The location of Reorganized Debtor Amyris Inc.'s principal place of business and the Reorganized Debtors' service address in these Chapter 11 Cases is 5885 Hollis Street, Suite 100, Emeryville, CA 94608.

| | |
|---|---|
| Dated: May 21, 2024 | **PACHULSKI STANG ZIEHL & JONES LLP** |
| | |
| | */s/ Steven W. Golden* |
| | Richard M. Pachulski (*admitted pro hac vice*) |
| | Debra I. Grassgreen (*admitted pro hac vice*) |
| | James E. O'Neill (DE Bar No. 4042) |
| | Jason H. Rosell (*admitted pro hac vice*) |
| | Steven W. Golden (DE Bar No. 6807) |
| | 919 N. Market Street, 17th Floor |
| | P.O. Box 8705 |
| | Wilmington, DE 19899-8705 (Courier 19801) |
| | Telephone: (302) 652-4100 |
| | Facsimile: (302) 652-4400 |
| | Email: rpachulski@pszjlaw.com |
| | dgrassgreen@pszjlaw.com |
| | joneill@pszjlaw.com |
| | jrosell@pszjlaw.com |
| | sgolden@pszjlaw.com |
| | |
| | *Counsel to the Plaintiff* |